USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/09/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCINO VALENTIN,

                Plaintiff,

v.

PIRGOS FOOD CORP., *doing business as*, MOONSTRUCK DINER, and JOHN KAPETANOS, *et al.*,

                Defendants.

No. 21-CV-5781 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 13, 2021, Plaintiff filed an affidavit of service stating that Defendant Pirgos Food Corp. was served on July 8, 2021. On July 23, 2021, Plaintiff filed four affidavits of service stating that Defendants John Kapetanos, Michael Columbus, Orlando Coca, and Steve Columbus ("Individual Defendants") were all served on July 14, 2021. Pirgos Food Corp.'s answer was due July 29, 2021, and the Individual Defendants' answer was due August 4, 2020. Neither Defendant has appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by October 6, 2021. If Defendants fail to do so, and Plaintiff intends to move for default judgment, Plaintiff shall do so by November 1, 2021.

Plaintiff shall serve a copy of this Order on Defendants by September 16, 2021 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    September 9, 2021
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge