UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCINO VALENTIN,

          Plaintiff,

    v.

PIRGOS FOOD CORP., d/b/a MOONSTRUCK DINER, and JOHN KAPETANOS, *et al.*,

          Defendants.

No. 21-CV-5781 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 6, 2021, the Court referred this case to mediation. Dkt. 24. On January 12, 2022, a mediation conference was held. The Court has not heard from the parties since then.

By no later than March 24, 2022, the parties shall file a letter updating the Court on the status of this case.

SO ORDERED.

Dated:    March 10, 2022
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge