# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
ramsha@csm-legal.com

June 29, 2022

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:  Valentin et al v. Pirgos Food Corp. et al
Index No. 1:21-cv-05781-RA

Your Honor:

This office represents Plaintiff in the above referenced matter. This letter is written jointly with Defendants to respectfully request an extension of time to submit the settlement agreement and materials concerning the fairness of the settlement from June 30, 2022 to July 14, 2022. The parties have exchanged drafts of the proposed settlement agreement and need additional time to finalize the terms and have the parties execute the agreement. This is the first such request.

We thank the Court for the time and attention devoted to this matter.

Respectfully Submitted,

*/s/ Ramsha Ansari*
Ramsha Ansari, Esq.
60 East 42nd Street, Suite 4510
New York, NY 10165
Tel. No.: (212) 317-1200
*Attorneys for Plaintiff*

CC: All Counsel (VIA ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
6/30/22

*Certified as a minority-owned business in the State of New York*