# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510          Telephone: (212) 317-1200
New York, New York 10165          Facsimile: (212) 317-1620
ramsha@csm-legal.com

July 14, 2022

**VIA ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

         Re:     <u>Valentin et al v. Pirgos Food Corp. et al</u>
                     Index No. 1:21-cv-05781-RA

Your Honor:

     This office represents Plaintiff in the above referenced matter. This letter is written jointly with Defendants to respectfully request an extension of time to submit the settlement agreement and materials concerning the fairness of the settlement from July 14, 2022 to July 28, 2022. The parties have finalized the terms of the settlement agreement and need additional time for the parties execute the agreement. This is the second such request.

     We thank the Court for the time and attention devoted to this matter.

Application granted.

SO ORDERED.

_[signature]_
Hon. Ronnie Abrams
7/15/22

        Respectfully Submitted,

        <u>/s/ Ramsha Ansari</u>
        Ramsha Ansari, Esq.
        60 East 42nd Street, Suite 4510
        New York, NY 10165
        Tel. No.: (212) 317-1200
        *Attorneys for Plaintiff*

     CC: All Counsel (VIA ECF)

*Certified as a minority-owned business in the State of New York*