# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                Facsimile: (212) 317-1620
ramsha@csm-legal.com

July 26, 2022

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

       Re:     <u>Valentin et al v. Pirgos Food Corp. et al</u>
                  Index No. 1:21-cv-05781-RA

Your Honor:

      This office represents Plaintiff in the above referenced matter. This letter is written jointly with Defendants to respectfully request an extension of time to submit the settlement agreement and materials concerning the fairness of the settlement from July 28, 2022 to August 11, 2022. This is the third such request. The reason for this request is because Defense Counsel has unfortunately been diagnosed and hospitalized with COVID-19 and requires additional time to finalize the settlement.

      We thank the Court for the time and attention devoted to this matter.

                                                       Respectfully Submitted,

                                                       <u>/s/ Ramsha Ansari</u>
                                                       Ramsha Ansari, Esq.
                                                       60 East 42nd Street, Suite 4510
                                                       New York, NY 10165
                                                       Tel. No.: (212) 317-1200
                                                       *Attorneys for Plaintiff*

CC: All Counsel (VIA ECF)

                                       Application granted.

                                       SO ORDERED.

                                       _____
                                       Hon. Ronnie Abrams
                                       7/28/22

*Certified as a minority-owned business in the State of New York*